IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-00157-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DARNELL JERMAINE AMARO, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's letter motion [DE-291]. In his motion, Defendant is seeking relief from the payments the Bureau of Prisons is asking him to pay each month through the Inmate Financial Responsibility Program ("IFRP").

In the court's February 1, 2011 Judgment, Defendant was ordered to pay a special assessment of $100.00 and a fine of $8,100.00. *See* Judgment [DE-163] at 5. The court further ordered that the special assessment was "due in full immediately" and the fine was "due immediately." *Id.* at 6.

Defendant is specifically challenging the payments he is being required to make under the IFRP, a program which is administered by the Bureau of Prisons. A defendant making such a challenge must first exhaust his administrative remedies. *See Urbina v. Thoms*, 270 F.3d 292, 295 n.1 (6th Cir. 2001) (noting that "the Bureau of Prisons should be given the opportunity to consider the application of its policy . . . before the matter is litigated in the federal courts.") Defendant's motion does not indicate that he has exhausted his administrative remedies. Consequently, Defendant's letter motion [DE-291] is DENIED.

SO ORDERED.

This, the ___5___ day of July, 2016.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge