IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-00157-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARNELL JERMAINE AMARO, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Modify Monetary Judgment [DE-298]. Defendant is seeking relief from the payments the Bureau of Prisons is asking him to pay each month through the Inmate Financial Responsibility Program ("IFRP").

At sentencing, Defendant was ordered to pay a special assessment of $100.00 and a fine of $8,100.00. *See* Judgment [DE-163] at 5. This court ordered that the special assessment and fine were due in full immediately. *Id.* at 6.

Defendant is challenging his IFRP payments, a program which is administered by the Bureau of Prisons. A defendant making such a challenge must first exhaust his administrative remedies. *See Urbina v. Thoms*, 270 F.3d 292, 295 n.1 (6th Cir. 2001) (noting that "the Bureau of Prisons should be given the opportunity to consider the application of its policy . . . before the matter is litigated in the federal courts.")

In this case, Defendant's motion does not indicate that he has exhausted his administrative remedies. Consequently, Defendant's Motion to Modify Monetary Judgment [DE-298] is DENIED.

SO ORDERED.

This, the 2 day of March, 2017.

James C. Fox
JAMES C. FOX
Senior United States District Judge